IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ROCKSTAR CONSORTIUM US LP and MOBILESTAR TECHNOLOGIES, LLC,<br><br>*Plaintiffs*,<br><br>v.<br><br>HTC CORPORATION, *et al.*,<br><br>*Defendants*. | § § § § § § § § § § § § § § | CASE NO. 2:13-CV-00894-JRG<br><br>**LEAD CASE**<br><br>CASE No. 2:13-CV-00895-JRG<br><br>**MEMBER CASE** |

## ORDER

Before the Court is the Motion to Dismiss (Dkt. No. 20) filed by Defendants HTC Corporation and HTC America, Inc. (collectively, "HTC"), filed February 18, 2014.

HTC's motion duplicates arguments regarding one plaintiff's standing and the patentability of one of the patents-in-suit in this case. Identical arguments have already been rejected by this Court (Case No. 2:13-CV-00894, Dkt. No. 106).

Accordingly, Defendants' motion (Dkt. No. 20) should be and hereby is **DENIED**.

**So Ordered and Signed on this**

**Jul 28, 2014**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE