# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

## **NOTICE OF DOCKETING**

## 14-148 - In re: HTC Corporation

**Date of docketing:** August 20, 2014

A petition for writ of mandamus has been filed.

**Name of Petitioner(s), if known:** HTC Corporation & HTC America, Inc.

**Name of respondent(s),** if known: Rockstar Consortium US LP & Mobilestar Technologies LLC

**Related action(s):** if known: United States District Court for the Eastern District of Texas, 2:13-cv-00895-JRG

**Critical dates include:**

- Entry of appearance. See Fed. Cir. R. 47.3.
- Certificate of interest. See Fed. Cir. R. 47.4.

The official caption is reflected on the electronic docket under the listing of the parties and counsel. Counsel may download the Rules of Practice and required forms from www.cafc.uscourts.gov or call 202.275.8000 for a printed copy.

Daniel E. O'Toole
Clerk of Court


cc: United States District Court for the Eastern District of Texas
Michael J. Bettinger
Mike McKool