**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **ROCKSTAR CONSORTIUM US LP, AND MOBILESTAR TECHNOLOGIES LLC,**<br><br>    **Plaintiffs,**<br><br>    vs.<br><br>**HTC CORPORATION, AND HTC AMERICA, INC.,**<br><br>    **Defendants.** | **Civil Action Nos. 2:13-cv-00895-JRG**<br><br>**JURY TRIAL** |

### ORDER OF DISMISSAL WITH PREJUDICE

On this day, Plaintiffs Rockstar Consortium US LP and MobileStar Technologies LLC (collectively, "Plaintiffs") and Defendants HTC Corporation and HTC America, Inc. (collectively, "Defendants") announced to the Court that they have resolved Plaintiffs' claims for relief against Defendants asserted in this case and Defendants' claims, defenses, and/or counterclaims for relief against Plaintiffs asserted in this case. Plaintiffs and Defendants have therefore requested that the Court dismiss Plaintiffs' claims for relief against Defendants with prejudice and Defendants' claims, defenses, and/or counterclaims for relief against Plaintiffs without prejudice, and with all attorneys' fees, costs and expenses taxed against the party incurring the same. The Court, having considered this request, is of the opinion that their request for dismissal should be granted.

IT IS THEREFORE ORDERED that Plaintiffs' claims for relief against Defendants are dismissed with prejudice and Defendants' claims, defenses, and/or counterclaims for relief against Plaintiffs are dismissed without prejudice. IT IS

FURTHER ORDERED that all attorneys' fees, costs of court and expenses shall be borne by each party incurring the same.

**So Ordered and Signed on this**

**Feb 14, 2015**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE